# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                          NO. 4:17CR00259-001 SWW

SAM WHITE                                                   DEFENDANT

## ORDER

Pending before the Court is government's motion to dismiss information against defendant, Sam White, pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss the information against defendant, Sam White, [doc #11] be **GRANTED**, and the information pending against defendant is **dismissed without prejudice**.

DATED this 14th day of February 2018.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE